TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 312-596-1872
Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO ENCINAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:26-cv-01716-JAD-DJA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) [PROPOSED ORDER] |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

DATED September 14, 2026

Respectfully submitted,

Dated: September 14, 2026

Fair Fee Injury Attorneys

By: s/Michaela Wood
Michaela Wood
Attorney for Plaintiff
[As authorized by email September 8, 2026]

Dated: September 14, 2026

SIGAL CHATTAH
First Assistant United States Attorney

By: s/ Lindsay Beyer Payne
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: 9/14/2026

Jennifer A. Dorsey
U.S. District Judge